UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Zebadiah G. Kellogg-Roe

    v.                              Civil No. 15-cv-116-PB

NH State Prison, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 10, 2017. The petitioner's motion to amend (Doc. No. 65) is granted; the petitioner's second motion to amend (Doc. No. 75) is denied in part for reasons explained in the Report and Recommendation.

SO ORDERED.

                                           /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Court

Date: May 10, 2017

cc:   Zebediah Kellogg-Roe, pro se
       Counsel of Record